JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE DANNY JONTE BARNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES COUNTY AND SHERIFF DEPARTMENT, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-9103-ODW (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 28, 2021

　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE